IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

**ANGELA SCHUNCEY RICHARDSON**                                                           **PLAINTIFF**
**ADC #712575**

v.                                  No. 4:22-cv-00160-LPR-PSH

**JOHN HERRINGTON**                                                                       **DEFENDANT**

## ORDER

The Court has reviewed the Partial Recommended Disposition (PRD) submitted by United States Magistrate Judge Patricia S. Harris (Doc. 44) and the Plaintiff's Objections (Doc. 48). After a *de novo* review of the PRD, along with careful consideration of the Objections and the entire case record, the Court hereby approves and adopts the PRD as its findings and conclusions in all respects.

Accordingly, Defendant Herrington's Motion for Judgment on the Pleadings (Doc. 38) is GRANTED IN PART and DENIED IN PART. Plaintiff's December 2019 retaliation claim will proceed. All other claims are DISMISSED without prejudice.

IT IS SO ORDERED this 8th day of May 2025.

_____
LEE P. RUDOFSKY
UNITED STATES DISTRICT JUDGE