IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

**ANGELA SHUNCEY RICHARDSON**                                                                **PLAINTIFF**
**ADC #712575**

v.                                           No. 4:22-CV-00160-LPR

**JOHN HERRINGTON**                                                                              **DEFENDANT**

## ORDER

The Court has reviewed the Recommended Disposition (RD) submitted by United States Magistrate Judge Patricia S. Harris (Doc. 63) and the Plaintiff's Objections (Doc. 66). After a *de novo* review of the RD, along with careful consideration of the Objections and the entire case record, the Court hereby approves and adopts the RD in its entirety as this Court's findings and conclusions in all respects.

Accordingly, Defendant's Motion for Summary Judgment (Doc. 57) is GRANTED. Plaintiff's December 2019 retaliation claim against Defendant Herrington is DISMISSED with prejudice. The Clerk is directed to close this case. The Court certifies, pursuant to 28 U.S.C. § 1915(a)(3), that an *in forma pauperis* appeal from this Order and the accompanying Judgment would not be taken in good faith.[1]

IT IS SO ORDERED this 26th day of September 2025.

LEE P. RUDOFSKY
UNITED STATES DISTRICT JUDGE

---

[1] There is one further issue to discuss. The Clerk is directed to send Plaintiff a copy of the Herrington Declaration at Doc. 57-4. On or before November 7, 2025, Plaintiff may, if she so chooses, submit a Supplemental Objection to the RD based on the content of the Herrington Declaration. The Court will treat such Supplemental Objection as a motion to reopen the case and to reconsider the summary judgment decision. The Court is doing this out of an abundance of caution—because Plaintiff says (and has shown) that she has not seen the contents of the Herrington Declaration. The Court cannot imagine that Plaintiff will have additional meaningful objections that she has not already presented. But the Court will make that determination when it reviews any Supplemental Objection Plaintiff chooses to timely file.