# IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF ARKANSAS
## CENTRAL DIVISION

**ANGELA SHUNCEY RICHARDSON** **PLAINTIFF**
**ADC #712575**

v.                                    No. 4:22-CV-00160-LPR

**JOHN HERRINGTON** **DEFENDANT**

## JUDGMENT

Consistent with the Order that was entered today and prior Orders in this case, it is CONSIDERED, ORDERED, and ADJUDGED that (1) Plaintiff's December 2019 retaliation claim against Defendant Herrington is DISMISSED with prejudice, and (2) all other claims brought in this case are DISMISSED without prejudice. The Court certifies, pursuant to 28 U.S.C. § 1915(a)(3), that an *in forma pauperis* appeal from this Judgment or any related Orders would not be taken in good faith.

IT IS SO ADJUDGED this 26th day of September 2025.

_____
LEE P. RUDOFSKY
UNITED STATES DISTRICT JUDGE